# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Clint Beston, | ) | |
| | ) | Case No. 4:10-cr-036 |
| Defendant. | ) | |

___

The court sentenced defendant on January 3, 2011. Defendant was to surrender to the United States Marshal on February 7, 2011. He was picked up on tribal charges on February 2, 2011, and held in tribal custody.

The court has been advised that defendant has been released by the tribe to the custody of the United States Marshal pursuant to a Petition for Action on Conditions of Release filed on February 3, 2011. Accordingly, the petition is now moot and the defendant is remanded into the custody of the United States Marshal to begin service of his federal sentence in accordance with court's judgment.

**IT IS SO ORDERED.**

Dated this 4th day of March, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge